IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
DEC - 7 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:21CR00151SNLJ/ACL |
| SAMUEL J. GILLAM, | ) 18 U.S.C. §§ 2252A(a)(2) and (b)(1) |
| Defendant. | ) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

Between on or about January 1, 2020, and December 31, 2020, in Iron County and elsewhere within the Southeastern Division of the Eastern District of Missouri,

**SAMUEL J. GILLAM,**

the defendant herein, knowingly received and attempted to receive visual depictions of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so, in violation of Title 18, United States Code, Section 2252A(a)(2), and punishable under Title 18, United States Code, Section 2252A(b)(1).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney


_____
John N. Koester, Jr., #52177MO
Assistant United States Attorney